UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-80149-CR-MARRA/HOPKINS(s)

UNITED STATES OF AMERICA,

vs.

JOSEPH CASTRONUOVO,
    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER AND EMAIL ADDRESS

**COMES NOW**, undersigned counsel, Michelle R. Suskauer, hereby files this Notice of Change of Address, Telephone Number and Email Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> Suskauer Law Firm, P.A.
> 1601 Forum Place, Suite 1200
> West Palm Beach, FL 33401
> phone: (561) 687-7866 / fax: (561) 688-0581
> email: repstein@suskauerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed this Notice of Change of Address, Telephone Number and Email Address with the Clerk of the United States District Court using CM/ECF, and that the foregoing document is being serviced this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, on this 25th day of August, 2011.

> Respectfully submitted,
> MICHELLE R. SUSKAUER, ESQ.
> Attorney for the Defendant
> 1601 Forum Place, Suite 1200
> West Palm Beach, FL 33401
> (561) 687-7866
>
> By: /s/ MICHELLE R. SUSKAUER
> MICHELLE R. SUSKAUER, ESQ.
> Florida Bar No. 0908230